**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| James Eric Towns, | ) | No. CIV 07-453-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| NAI Horizon Real Estate Services, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Pending before the Court is the parties' Stipulation for Extension of Deadline for Defendant's Response to Plaintiff's First Amended Complaint. [Doc. No. 10 ]  Good cause appearing,

**IT IS ORDERED** the parties' Stipulation for Extension of Deadline for Defendant's Response to Plaintiff's First Amended Complaint [Doc. No. 10] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant shall have through June 5, 2007, to respond to the Amended Complaint.

DATED this 22nd day of May, 2007.


Stephen M. McNamee
United States District Judge