**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Eric Towns, | ) No. CV-07-453-PHX-SMM |
| | ) |
| Plaintiff, | ) **ORDER FOR DISMISSAL WITH** |
| | ) **PREJUDICE** |
| v. | ) |
| | ) |
| | ) |
| Horizon Real Estate Group, Inc., d/b/a | ) |
| NAI Horizon, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
|_____ | ) |

The parties having agreed and stipulated pursuant to the Stipulation for Dismissal With Prejudice (Dkt. 23), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this matter with prejudice, the parties to bear their own attorney's fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this matter.

DATED this 10th day of April, 2008.

Stephen M. McNamee
United States District Judge